# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **REV. STEVEN SOOS, REV. NICHOLAS STAMOS, DANIEL SCHONBRUN, ELCHANAN PERR, MAYER MAYERFELD**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ANDREW M. CUOMO**, *Governor of the State of New York, in his official capacity*, **LETITIA JAMES**, *Attorney General of the State of New York in her official capacity, and* **BILL DE BLASIO**, *Mayor of the City of New York, in his official capacity*,<br><br>*Defendants*. | 20-CV-00651<br><br>GLS-DJS<br><br><br>**DECLARATION OF AHUVA KLEINMAN** |

Pursuant to 28 U.S.C. Section 1746, Ahuva Kleinman hereby declares under penalty of perjury as follows:

1. I am filing an amicus curiae brief in this matter and I make this declaration in support of my claim that the practice of my religion has been burdened by the challenged Executive Orders.

2. The Executive Orders, as applied where I live, restrict communal prayer services to a maximum of ten people in a house of worship.

3. In the Orthodox Jewish religion, there must be a minimum of ten males age 13 or over in attendance in order to conduct a communal prayer service.

4. As a matter of my religious belief and practice, I also wish to participate in communal prayer services.

5. Under the Executive Orders, however, once the minimal quorum of ten males over 13 have gathered for communal prayer services, no additional people are allowed to attend and participate.

6. As a result, I have been barred by the Executive Orders from attending communal prayer services.

7. I have regularly attended synagogue services for many years, up until the Executive Orders restricting attendance at communal worship services.

8. My husband is the rabbi of a synagogue, Khal Nachlas Dovid, and I would like to be able to attend synagogue services with him, but the Executive Orders prevent me from doing so.

9. Minor children have also been barred from such services, which they used to attend regularly. It is vitally important for members of our congregation, as a matter of religious belief and observance to educate our children to attend communal prayer services and to inculcate in them the importance of attending such services. The Executive Orders bar children under 13 from attending communal services. It bothers me greatly that minor children cannot attend prayer services with their parents.

10. As Rebbetzin (Rabbi's wife) of congregation Khal Nachlas Dovid, I know of other women in the congregation who also used to regularly attend communal prayer services, many together with their young children, and they are also upset at being unable to attend such services.

11. Because of the Executive Orders, my constitutional rights to freely practice my religion and the rights of children in my congregation are therefore being infringed, as are the rights of other women similarly situated.

I certify under penalty of perjury that the foregoing is true and correct.

_____

Ahuva Kleinman

June 16, 2020