IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **REV. STEVEN SOOS,** | ) | |
| | ) | |
| **REV. NICHOLAS STAMOS,** | ) | |
| | ) | |
| **DANIEL SCHONBRUN,** | ) | |
| | ) | |
| **ELCHANAN PERR** and | ) | |
| | ) | |
| **MAYER MAYERFELD** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  1:20-cv-0651 |
| v. | ) | |
| | ) | |
| **ANDREW M. CUOMO**, Governor of the | ) | |
| State of New York, in his official capacity, | ) | |
| | ) | |
| **LETITIA JAMES**, Attorney General of the | ) | |
| State of New York in her official capacity, | ) | |
| and | ) | |
| | ) | |
| **BILL DE BLASIO**, Mayor of the City | ) | |
| of New York, in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**PLEASE TAKE NOTICE** that the undersigned, MICHAEL MCHALE, appears as counsel for Plaintiffs Rev. Steven Soos, Rev. Nicholas Stamos, Daniel Schonbrun, Elchanan Perr, and Mayer Mayerfeld, in the above-captioned case, and requests to receive notice of all docket events via the Electronic Case Filing System.

Date:   June 17, 2020

                                            Respectfully submitted,

                                            /s/ Michael G. McHale
                                            Michael G. McHale
                                            10506 Burt Cir. Ste. 110

Omaha, NE 68114  
402-501-8586  
mmchale@thomasmoresociety.org  
Counsel to the Thomas More Society  
*Counsel for Plaintiffs*