

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer Direct: (518) 776-2608

July 1, 2020

VIA ECF

Honorable Daniel J. Stewart  
United States Magistrate Judge  
United States District Court  
Northern District of New York  
James T. Foley - U.S. Courthouse  
445 Broadway  
Albany, NY  12207-2924

Re:   *Soos v. Cuomo, et. al*  
      *Northern District of New York*  
      20-CV-0651 (GTS) (DJS)

Dear Judge Stewart:

On June 30, 2020, counsel for the defendants accepted electronic service of the summons and complaint in the above-referenced action on behalf of all defendants.  Pursuant to a discussion among all counsel, the parties have agreed to extend defendants' time to respond to the complaint to **September 15, 2020**.

If this schedule is acceptable to the court, the parties respectfully request that the Rule 16 conference scheduled for September 9, 2020, and the deadline by which to submit a proposed Civil Case Management Plan and exchange mandatory disclosures, Dkt. No. 4, be adjourned to **September 30, 2020**.

Thank you for your consideration of this matter.

July 1, 2020
Page 2

              Respectfully yours,

              *s/ Adrienne J. Kerwin*

              Adrienne J. Kerwin
              Assistant Attorney General
              Bar Roll No. 105154
              Adrienne.Kerwin@ag.ny.gov

cc (via ECF): Christopher A. Ferrara
        Michael McHale
        Melanie V. Sadok
        Ellen Parodi