<u>Ad Hoc New Yorker Republican Committee</u>
  Trustee Christopher Earl Strunk
  141 Harris Avenue
  Lake Luzerne, New York 12846-1721
  518-416-8743 Email: <u>strunk@leader.com</u>



John M. Domurad, Clerk of the UNITED STATES Court
for the Northern District Court Of New York
U.S. Courthouse and Federal Building
445 Broadway, the Clerk's Office Room 509
Albany, NY 12207-2936

<u>Regarding</u>: REV. STEVEN SOOS et al., V ANDREW M. CUOMO et al., 20-cv-651 (GLS/DJS)

Subject: Proposed Plaintiff-Intervener Petition for THE AD HOC NEW YORKER REPUBLICAN COMMITTEE INTERVENTION TO ENLARGE THE PRELIMINARY INJUNCTION TO RESOLVE DEFENDANTS' DEVICES FOR SOCIAL SCORING, TORTUOUS ELECTION INTERFERENCE AND NANO-TECH SYSTEMS FOR UNCONSTITUTIONAL SURVEILLANCE with Exhibits 1 through 21

The Honorable Clerk of the Court,

Pursuant to the Memorandum-Decision and Order of June 26, 2020 by the Honorable Senior Judge Gary L. Sharpe, shown as Exhibit 1, because of the supporting evidence threat described in the Subject Petition among the reasons listed at Petition <u>Summary</u> at paragraph 97 that the Proposed Plaintiff-Intervener is a targeted NEW YORKER who individually and for the Committee seeks relief of the Court with time of the essence with irreparable harm to enlarge restraint of Defendants' malicious infliction of Plaintiffs' religious liberty injury and who are in conspiracy with listed entities / persons to single out Petitioner vulnerabilities to physical threat and seeks to protect New Yorkers from insidious unconstitutional surveillance; and

Accordingly, with due Notice of this Petition Request to the other Trustee Proposed Plaintiff-Intervener for permission to file herewith for permission of the Court to intervene is the original singled sided Petition with Exhibits so affirmed 17 July 2020 with two(2) back and front copies for the court and having been duly served by regular mail upon counsels for Defendants, Plaintiffs and NDNY US Attorney; and

Christopher Earl Strunk Trustee for <u>Ad Hoc New Yorker Republican Committee</u> declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct with 28 USC §1746.

Sincerely,      <u>Ad Hoc New Yorker Republican Committee</u>

Dated: July 18, 2020
    Lake Luzerne, New York  _____
                               Christopher Earl Strunk in esse Sui Juris in propria persona
                               Trustee for the <u>Ad Hoc New Yorker Republican Committee</u>
                               All Rights Reserved Without Prejudice

Attached: Original Petition for Intervention Relief
          Two back and front copies, Certificate of Service

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

REV. STEVEN SOOS et al.,

                Plaintiffs,

v.

ANDREW M. CUOMO et al.,

                Defendants.

20-cv-651 (GLS/DJS)

---

CERTIFICATE OF SERVICE BY U.S. MAIL

The Trustee of the *Ad Hoc New Yorker Republican Committee* HEREBY CERTIFIES that on this 18th day July, 2020, caused a true and correct copy of The Petition for THE AD HOC NEW YORKER REPUBLICAN COMMITTEE INTERVENTION TO ENLARGE THE PRELIMINARY INJUNCTION TO RESOLVE DEFENDANTS' DEVICES FOR SOCIAL SCORING, TORTUOUS ELECTION INTERFERENCE AND NANO-TECH SYSTEMS FOR UNCONSTITUTIONAL SURVEILLANCE with Exhibits 1 through 21 so affirmed on 17 July 2020 along with a copy of the Petition Letter to the Honorable Clerk of the Court requesting to Intervene annexed to be served upon Parties' Counsels by first class United States Postal Service mail postage prepaid and by complimentary email marked for delivery to:

CHRISTOPHER A. FERRARA, ESQ.
148-29 Cross Island Parkway,
Whitestone, NY 11357

MICHAEL McHALE, ESQ
10506 Burt Circle, Ste 110
Omaha, NE 68114

HON. LETITIA JAMES
New York State Attorney General
The Capitol
Albany, NY 12224

HON. JAMES E. JOHNSON
Corporation Counsel of the City of New York
New York City Law Department
100 Church Street
New York, NY 10007

The Honorable Grant C. Jaquith
the United States Attorney for the Northern District of New York
U.S. Attorney's Office
445 Broadway, Room 218
Albany, NY 12207-2924

Christopher Earl Strunk Trustee for the *Ad Hoc New Yorker Republican Committee* declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct with 28 USC §1746.

Dated: July 18, 2020
Lake Luzerne, New York

                                            Christopher Earl Strunk in esse Sui Juris in propria persona
                                            Trustee for the *Ad Hoc New Yorker Republican Committee*