UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

REV. STEVEN SOOS,
REV. NICHOLAS STAMOS,
DANIEL SCHONBRUN,
ELCHANAN PERR and
MAYER MAYFELD,

        *Plaintiffs*,

-against-

ANDREW M. CUOMO, Governor of the State of New York, in his official capacity,
LETITIA JAMES, Attorney General of the State of New York in her official capacity, and
BILL DE BLASIO, Mayor of the City of New York, in his official capacity,

        *Defendants*.

**NOTICE OF APPEAL**

20-CV-0651

GJS/DJS

---

  Please take notice that Defendants Andrew M. Cuomo and Letitia James hereby appeal to the United States Court of Appeals for the Second Circuit from the order entered in this action on June 26, 2020.

Dated: Albany, New York
   July 27, 2020

           LETITIA JAMES
           Attorney General of the State of New York
           Attorney for Defendants Andrew M. Cuomo and
             Letitia James
           The Capitol
           Albany, New York  12224-0341
           By: *s/ Adrienne J. Kerwin*
           Adrienne J. Kerwin
           Assistant Attorney General, of Counsel
           Bar Roll No. 105154
           Telephone:  (518) 776-2608

                                        Fax: (518) 915-7738 (Not for service of papers)
                                        Email: Adrienne.Kerwin@ag.ny.gov

TO:    Christopher A. Ferrara, Esq. (via ECF)
         Melanie V. Sadok (via ECF)