10-12-2020

Senior District Judge
Northern District of N.Y.

To: Honorable Gary L. Sharpe,

On 6-26-2020, you ruled in REV. SOOS ET AL., V. Andrea M. Cuomo (1:20-CV-651), (GLS/DJS) that all houses of worship throughout New York State can have a maximum capacity of 50%. In addition, all individuals attending/participating in said services must comply with Social Distancing Rules and Wearing Masks, in accordance with the guidelines as set forth in your decision.

For clarification purposes, please advise me if places of worship located within N.Y.S. Prisons are included or excluded in your ruling/decision, as they have been closed since mid-March.

Thank you for your time, assistance and cooperation with this religious matter.

Respectfully yours,
Peter L. Grieco #96-A-2050
Eastern NY Correctional Facility
P.O. Box 338
Napanoch, N.Y. 12458-0338

cc: File


10-12-2020

To: The Clerk of U.S. District Court

I understand how busy the backed-up Courts are, and would appreciate it if you would foward the enclosed letter to the Honorable Gary L. Sharpe, Senior District Judge.

Respectfully yours,
Peter L. Grieco #96-A-2050
Eastern NY Correctional Facility
P.O. Box 338
Napanoch, N.Y. 12458-0338

EASTERN NY CORRECTIONAL FACILITY
BOX 338
NAPANOCH, NEW YORK  12458-0338

NAME: PETER L. GRIECO   DIN: 96-A-2050




EASTERN
CORRECTIONAL FACILITY

NEOPOST
10/13/2020
US POSTAGE

ZIP 12458
041M11463363

Honorable Gary L. Sharpe, Senior District Judge
U.S. District Court - Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York  12207-2924

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
OCT 15 2020
RECEIVED



"LEGAL MAIL"

12207※2965 C012