

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2608

October 19, 2020

VIA ECF

Honorable Gary L. Sharpe
United States District Court
Northern District of New York
James T. Foley - U.S. Courthouse
445 Broadway
Albany, NY  12207-2924

Re: *Soos v. Cuomo, et. al*
    *Northern District of New York*
    20-CV-0651 (GTS) (DJS)

Dear Judge Sharpe:

On behalf of the parties in the above-referenced action, I respectfully request the court's permission to submit the following:

1. Memorandum of Law in opposition to Plaintiffs' application for preliminary injunctive relief by the State Defendants up to thirty (30) pages;
2. Memorandum of Law in opposition to Plaintiffs' application for preliminary injunctive relief by the City Defendants up to thirty (30) pages; and
3. Reply Memorandum of Law by the Plaintiffs up to twenty-five (25) pages.

The Defendants require additional pages to adequately address the motion for preliminary injunctive relief, as well as the issue of compliance raised by the Plaintiffs.  Plaintiffs require additional pages to adequately address arguments made in two sets of opposition papers.

In addition, all Defendants request that the date by which Governor Cuomo, A.G. James and Mayor deBlasio must respond to the First Amended Complaint be extended to November 5, 2020 to coincide with the deadline applicable to the newly-added Defendants.  Counsel for Plaintiffs has graciously consented to this request.

October 19, 2020
Page 2

Thank you for your consideration of this matter.

                              Respectfully yours,

                              s/ Adrienne J. Kerwin

                              Adrienne J. Kerwin
                              Assistant Attorney General
                              Bar Roll No. 105154
                              Adrienne.Kerwin@ag.ny.gov

cc (via ECF):  Christopher A. Ferrara
                   Michael McHale
                   Melanie V. Sadok
                   Ellen Parodi