

**New York Forward (/)**

[NY Forward (/ny-forward)](#)

# Phase Two Industries

**SECTIONS**

Overview (#overview)

Offices (#offices)

Real Estate (#real-estate)

Essential and Phase II In-Store Retail (#essential-and-phase-ii-in-store-retail)

# Overview

The guidelines below apply to non-essential businesses in regions that are permitted to reopen, essential businesses throughout the state that were previously permitted to remain open, and commercial and recreational activities that have been permitted to operate statewide with restrictions. If guidance has not yet been published for your specific industry, but you are permitted to reopen, please refer to the NY Forward Safety Plan template (https://www.governor.ny.gov/sites/governor.ny.gov/files.

## Phase Two: All regions of the state have entered Phase 2 of reopening

**Pursuant to the Governor's Executive Orders, the following businesses remain closed:**

- **Malls**; specifically, any indoor common portions of retail shopping malls with 100,000 or more square feet of retail space available for lease must remain closed to the public; however, any stores without their own external entrance(s) may operate via curbside pickup in Phase 1 and 2 providing purchased items to customers at or near the

**Vehicle Sales, Leases, and Rentals (#vehicle-sales--leases--and-rentals)**

**Retail Rental, Repair, and Cleaning (#retail-rental--repair--and-cleaning)**

**Commercial Building Management (#commercial-building-management)**

**Hair Salons and Barbershops (#hair-salons-and-barbershops)**

general mall entrance and any stores with their own external entrance(s) separate from the general mall entrance (e.g. strip malls, anchor tenants), may open for curbside and in-store pickup in Phase 1 and all in-store retail activities in Phase 2;

- **Indoor on-premise restaurant and bar service**, excluding take-out or delivery for off-premise consumption in Phase 1 and outdoor on-premise restaurant and bar service in Phase 2;
- **Large gathering/event venues**, including but not limited to establishments that host concerts, conferences, or other in-person performances or presentations in front of an in-person audience;
- **Gyms, fitness centers, and exercise classes**, except for remote or streaming services;
- **Video lottery and casino gaming facilities**;
- **Movie theaters**, except drive-ins; and
- **Places of public amusement**, whether indoors or outdoors, including but not limited to, locations with amusement rides, carnivals, amusement parks, water parks, aquariums, zoos, arcades, fairs, children's play centers, funplexes, theme parks, bowling alleys, family and children's attractions.

**For help determining whether or not your business is eligible to reopen, use the reopen lookup tool. You can also scroll down to find the guidance for Phase Two.**

NY FORWARD BUSINESS REOPEN LOOKUP TOOL

(https://www.businessexpress.ny.gov/app/nyforward)

STATEWIDE GUIDELINES   (/statewide-guidelines)

- Outdoor and Take-Out/Delivery Food Services (#outdoor-and-take-out-delivery-food-services)

- Frequently Asked Questions (#frequently-asked-questions)

- Translations (#translations)

**NEXT SECTION**  Continue  ↓

Offices

# Offices

VIEW SUMMARY GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.gov/files

READ AND AFFIRM DETAILED GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.gov/files interim-guidance.pdf)

PRINT BUSINESS SAFETY PLAN TEMPLATE (https://www.governor.ny.gov/sites/governor.ny.gov/files)

**NEXT SECTION**  Continue  ↓

Real Estate

# Real Estate

VIEW SUMMARY GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.gov/files

READ AND AFFIRM DETAILED GUIDELINES

[(https://www.governor.ny.gov/sites/governor.ny.gov/files masterguidance.pdf)](https://www.governor.ny.gov/sites/governor.ny.gov/files)

PRINT BUSINESS SAFETY PLAN TEMPLATE

[(https://www.governor.ny.gov/sites/governor.ny.gov/files)](https://www.governor.ny.gov/sites/governor.ny.gov/files)

**NEXT SECTION**  Continue ↓

Essential and Phase II In-Store Retail

# Essential and Phase II In-Store Retail

VIEW SUMMARY GUIDELINES

[(https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files)

READ AND AFFIRM DETAILED GUIDELINES

[(https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files)

PRINT BUSINESS SAFETY PLAN TEMPLATE

[(https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files)

| NEXT SECTION | Continue ↓ |

## Vehicle Sales, Leases, and Rentals

# Vehicle Sales, Leases, and Rentals

VIEW SUMMARY GUIDELINES

[(https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files)

READ AND AFFIRM DETAILED GUIDELINES

[(https://www.governor.ny.gov/sites/governor.ny.gov/files vehicles-master-guidance.pdf)](https://www.governor.ny.gov/sites/governor.ny.gov/files)

PRINT BUSINESS SAFETY PLAN TEMPLATE

[(https://www.governor.ny.gov/sites/governor.ny.gov/files)](https://www.governor.ny.gov/sites/governor.ny.gov/files)

| NEXT SECTION | Continue ↓ |

## Retail Rental, Repair, and Cleaning

# Retail Rental, Repair, and Cleaning

VIEW SUMMARY GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.gov/files

READ AND AFFIRM DETAILED GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.gov/files repair-cleaning-master-guidance.pdf)

PRINT BUSINESS SAFETY PLAN TEMPLATE (https://www.governor.ny.gov/sites/governor.ny.gov/files)

NEXT SECTION                                   Continue ↓

Commercial Building Management

# Commercial Building Management

VIEW SUMMARY GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.gov/files

READ AND AFFIRM DETAILED GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.gov/files building-management-master-guidance.pdf)

PRINT BUSINESS SAFETY PLAN TEMPLATE (https://www.governor.ny.gov/sites/governor.ny.gov/files)

NEXT SECTION                                     Continue  ↓

Hair Salons and Barbershops

# Hair Salons and Barbershops

VIEW SUMMARY GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.gov/files

READ AND AFFIRM DETAILED GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.gov/files

PRINT BUSINESS SAFETY PLAN TEMPLATE (https://www.governor.ny.gov/sites/governor.ny.gov/files)

NEXT SECTION                                           Continue   ↓

Outdoor and Take-Out/Delivery Food Services

# Outdoor and Take-Out/Delivery Food Services

VIEW SUMMARY GUIDELINES

(https://www.governor.ny.gov/sites/governor.ny.gov/files

READ AND AFFIRM DETAILED GUIDELINES

(https://www.governor.ny.gov/sites/governor.ny.gov/files

PRINT BUSINESS SAFETY PLAN TEMPLATE

(https://www.governor.ny.gov/sites/governor.ny.gov/files)

NEXT SECTION                                           Continue   ↓

Frequently Asked Questions

# Frequently Asked Questions

Visit Empire State Development's website for frequently asked questions on how the New York Forward re-opening plan impacts your business.

[FREQUENTLY ASKED QUESTIONS (HTTPS://ESD.NY.GOV/NYFORWARD-FAQ)](HTTPS://ESD.NY.GOV/NYFORWARD-FAQ)

NEXT SECTION                    Continue  ↓

Translations

# Translations

## Business Safety Plan Template

[Español (https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files) | [Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files) | [русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files) | [한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files) | [中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files) | [বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files](https://www.governor.ny.gov/sites/governor.ny.gov/files)

## Real Estate

### Summary Guidelines

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files) | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files) | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files) | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files) | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files) | বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files)

**Detailed Guidelines**

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files) | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files) | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files) | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files) | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files) | বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files)

## Essential and Phase II In-Store Retail

**Summary Guidelines**

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files) | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files) | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files) | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files) | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files) | বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files)

**Detailed Guidelines**

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files | বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files

## Vehicle Sales, Leases, and Rentals

**Summary Guidelines**

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files | বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files

**Detailed Guidelines**

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files | বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files

## Retail Rental, Repair, and Cleaning

**Summary Guidelines**

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files | বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files

**Detailed Guidelines**

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files | বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files

## Hair Salons and Barbershops

**Summary Guidelines**

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files

| বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files

### Detailed Guidelines

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files | বাংলা অনুবাদ (https://www.governor.ny.gov/sites/governor.ny.gov/files

## Outdoor and Take-Out/Delivery Food Services

### Summary Guidelines

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files | 中文翻譯 (https://www.governor.ny.gov/sites/governor.ny.gov/files | বাংলা অনুবাদ (governor.ny.gov/sites/governor.ny.gov/files/atoms/files/

### Detailed Guidelines

Español (https://www.governor.ny.gov/sites/governor.ny.gov/files | Kreyòl Ayisyen (https://www.governor.ny.gov/sites/governor.ny.gov/files | русский язык (https://www.governor.ny.gov/sites/governor.ny.gov/files | 한국어 번역 (https://www.governor.ny.gov/sites/governor.ny.gov/files

| 中文翻譯
(https://www.governor.ny.gov/sites/governor.ny.gov/files
| বাংলা অনুবাদ
(https://www.governor.ny.gov/sites/governor.ny.gov/files

# New York Forward

**Accessibility**

**Contact Us**

**Disclaimer**

**Empire State Development**

**Freedom of Information Law (FOIL) Requests**

**Novel Coronavirus**

**Privacy Policy**