10/19/2020 Governor Cuomo Announces Indoor Dining in New York City Allowed to Resume Beginning September 30 with 25 Percent Occupancy …

Case 1:20-cv-00651-GLS-DJS Document 87-6 Filed 10/20/20 Page 1 of 5



SEPTEMBER 9, 2020   Albany, NY

# Governor Cuomo Announces Indoor Dining in New York City Allowed to Resume Beginning September 30 with 25 Percent Occupancy Limit

Temperature Checks, Contact Information for Tracing, Face Coverings When Not Seated and Other Safety Protocols Required; Bar Service Will Not Be Permitted and No Service After Midnight

The City of New York to Provide a Team of 400 Enforcement Personnel to Ensure Compliance

Guidelines Will Be Reassessed Based On Data By November 1; If Infection Rate Does Not Increase, Restaurants May Be Permitted To Go Up To 50 Percent Capacity; State Will Monitor Any Positivity Increase on an Ongoing Basis for Potential Reassessment

Restaurants Must Publicly Post Their Indoor Dining Capacity and Phone Numbers to Report Violations; Patrons Who Observe Violations Can Report Issues by Calling 833-208-4160, or by Texting 'VIOLATION' to 855-904-5036

Governor Announces State to Launch 'New Yorkers Protecting New Yorkers' PSA with New York State Restaurant Association to Encourage Compliance

10/19/2020　　Governor Cuomo Announces Indoor Dining in New York City Allowed to Resume Beginning September 30 with 25 Percent Occupancy …

Case 1:20-cv-00651-GLS-DJS   Document 87-6   Filed 10/20/20   Page 2 of 5

Governor Andrew M. Cuomo today announced indoor dining in New York City will be allowed to resume beginning September 30th with a 25 percent occupancy limit. All restaurants that choose to reopen will be subject to strict safety protocols, including temperature checks, contact information for tracing, face coverings when not seated and other safety protocols. Bar service will not be permitted, and restaurants will close at midnight. Guidelines will be reassessed based on the data by November 1. If the infection rate does not increase, restaurants may be permitted to go to 50 percent capacity; the State will monitor any positivity increase on an ongoing basis and potentially reassess if necessary. Business guidance for indoor dining in New York City is available here.

The City of New York will provide a team of 400 enforcement personnel to work with the State Police Task Force to ensure compliance. Restaurants must publicly post their 25 percent indoor dining capacity and the phone number and text number to report violations. Patrons who observe violations can report issues by calling 833-208-4160, or by texting 'VIOLATION' to 855-904-5036.

"I want to thank New Yorkers for their hard work to increase compliance, and we can now take the next step in reopening our restaurants. We've been speaking with stakeholders, and we are now announcing that we can safely reopen indoor dining in New York City with limited capacity at the end of this month, as long as they adhere to strict health and safety protocols," **Governor Cuomo said.** "This is good news and the right step forward, especially for restaurant owners and staff who have been struggling through this time. But it is up to all of us to ensure compliance and the health and safety of those around us."

The Governor also announced the State to launch 'New Yorkers Protecting New Yorkers' PSA with New York State Restaurant Association to encourage compliance.

## Guidance for Indoor Dining in New York City

- 25 percent occupancy limit
- Temperature checks will be required at the door for all customers
- One member of each party will be required to provide contact information for tracing if needed

- No bar service - bars will only be used as service bars, a source of making drinks and serving them tableside
- Masks must be worn at all times when not seated at a table
- Tables must be six feet apart
- Restaurants close at midnight
- Strict adherence to all State-issued guidance
- Restaurants should operate with enhanced air filtration, ventilation and purification standards
- Limit air recirculation and allow for outside air ventilation
- Outdoor dining will continue in the interim

> We've been speaking with stakeholders, and we are now announcing that we can safely reopen indoor dining in New York City with limited capacity at the end of this month, as long as they adhere to strict health and safety protocols.

**Governor Andrew M. Cuomo**

Melissa Fleischut, President and CEO, New York State Restaurant Association said, "Today's announcement comes at a pivotal time for the restaurant industry in New York City, and we would like to thank Governor Cuomo for recognizing this and providing hope to the thousands of restaurants based here in the culinary capital of the world. Allowing restaurants to open indoors at a limited capacity will provide these eateries with an economic lifeline as they all try and keep their doors open through this pandemic. We will happily work with relevant governmental agencies and hospitality partners to help ensure that all restaurants in New York City understand the rules."

Jeremy Merrin, Vice President, NYC Chapter, NYS Restaurant Association; Founder and CEO, Havana Central Restaurant Group said, "We are so grateful to Governor Cuomo for putting together a plan to re-open restaurants for indoor dining in New York City at 25 percent. We strongly believe that the vast majority of restaurant owners will take this opportunity seriously and adhere to all CDC and DOH guidelines. With this plan, it will be very safe to dine in New

10/19/2020 Governor Cuomo Announces Indoor Dining in New York City Allowed to Resume Beginning September 30 with 25 Percent Occupancy …

Case 1:20-cv-00651-GLS-DJS Document 87-6 Filed 10/20/20 Page 4 of 5

York City. We look forward to working with the Governor and the Mayor to ensure indoor dining is a success."

**Danny Meyer, Founder & CEO, Union Square Hospitality Group,** "Running a restaurant is a labor of love, and along with many colleagues and staff members, we have struggled through the unparalleled challenges of this pandemic, working our best to safely provide hospitality to hungry New Yorkers via curbside pickup, deliveries and outdoor spaces, not knowing how much longer we can go. I join my colleagues in thanking the Governor for opening the door to a safe and gradual recovery by providing a sensible solution for indoor dining and look forward to working with everyone to guarantee the safety of our customers and staff. This is an important first step to hiring back more members of our team, doing more business with our suppliers, and welcoming New Yorkers back to New York.



**Andrew Rigie, Executive Director, NYC Hospitality Alliance said,** "The New York City restaurant industry has been financially devastated by the COVID-19 pandemic and a safe return to indoor dining is critical to help save these vital small businesses and jobs. We're thankful to Governor Cuomo for announcing a return to indoor dining with a blueprint for future

10/19/2020                    Governor Cuomo Announces Indoor Dining in New York City Allowed to Resume Beginning September 30 with 25 Percent Occupancy …

Case 1:20-cv-00651-GLS-DJS   Document 87-6   Filed 10/20/20   Page 5 of 5

expansion. Restaurants are essential to New York's economic and social fabric, and indoor dining is a key component to the industry's recovery."

**Isabella Di Pietro, Co-Founder, Feed the Frontlines NYC said,** "New York City's restaurant workers are anxious to serve their families and communities, and we're happy to see Governor Cuomo announce that indoor dining can resume today. Restaurant work has been a longstanding source of income for countless people striving to make it in New York City and it's essential that it isn't stifled by the coming winter months. I thank Governor Cuomo for taking action to support small businesses and restaurant workers throughout our city."

**Luca Di Pietro, Founder of Tarallucci e Vino said,** "The restaurant industry supports workers and their families throughout New York City and I am happy to see Governor Cuomo announce the reopening of indoor dining today. The onset of winter makes it essential for restaurant staff to continue to earn income from indoor dining, and new state guidance will make sure workers and guests are safe as the industry tries to survive in the midst of this pandemic."

**Sean Feeney, Co-Founder Grovehouse; Owner, Lilia and Misi said,** "We are grateful Governor Cuomo welcomed us to the table and worked with us to make indoor dining a reality again. We can't wait to welcome our teams and guests inside at our restaurants again very soon. New York City always comes back. This time we will remake it together and rebuild our city safely, protecting liberty and justice for all."

# Contact the Governor's Press Office

**Contact us by phone:**

Albany:  (518) 474 - 8418

New York City:  (212) 681 - 4640

**Contact us by email:**

Press.Office@exec.ny.gov