

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2608

October 22, 2020

VIA ECF

Honorable Gary L. Sharpe
United States District Court
Northern District of New York
James T. Foley - U.S. Courthouse
445 Broadway
Albany, NY  12207-2924

Re:   *Soos v. Cuomo, et. al*
      *Northern District of New York*
      20-CV-0651 (GTS) (DJS)

Dear Judge Sharpe:

On behalf of the parties in the above-referenced action, and pursuant to the court's October 16, 2020 text order, Dkt. No. 76, I write to inform the Court that none of the parties believe that an evidentiary hearing is necessary to resolve any factual issues in connection with the pending application and, therefore, do not intend to offer any live witness testimony at the appearance scheduled in this matter.

Respectfully yours,

*s/ Adrienne J. Kerwin*

Adrienne J. Kerwin
Assistant Attorney General
Bar Roll No. 105154
Adrienne.Kerwin@ag.ny.gov

cc (via ECF):   Christopher A. Ferrara
                Michael McHale
                Melanie V. Sadok
                Ellen Parodi

THE CAPITOL, ALBANY, NY  12224 ● (518) 776-2300 ● FAX (518) 915-7738 * NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV