

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2608

November 4, 2020

VIA ECF

Honorable Daniel J. Stewart
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley - U.S. Courthouse
445 Broadway
Albany, NY  12207-2924

Re:   *Soos v. Cuomo, et. al*
      *Northern District of New York*
      20-CV-0651 (GTS) (DJS)

Dear Judge Stewart:

Counsel for defendants in the above-referenced action jointly request that the date by which to respond to plaintiffs' First Amended Complaint be extended to **November 24, 2020**. Counsel for plaintiffs consents to this request.

Thank you for your consideration of this matter.

Respectfully yours,

s/ Adrienne J. Kerwin

Adrienne J. Kerwin
Assistant Attorney General
Bar Roll No. 105154
Adrienne.Kerwin@ag.ny.gov

cc (via ECF):   Christopher A. Ferrara
                Michael McHale
                Melanie V. Sadok
                Ellen Parodi