UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

REV. STEVEN SOOS, REV. NICHOLAS STAMOS,
JEANETTE LIGRESTI, as parent and guardian of infant
plaintiffs P.L. and G.L, DANIEL SCHONBRUN,
ELCHANAN PERR, MAYER MAYERFELD, MORTON
AVIGDOR

*Plaintiffs*,

-against-

ANDREW M. CUOMO, Governor of the State of New
York, in his official capacity; LETITIA JAMES, Attorney
General of the State of New York in her official capacity;
KEITH M. CORLETT, Superintendent of the New York
State Police, in his official Capacity; HOWARD A.
ZUCKER, M.D., New York State Commissioner of Health,
in his official capacity; BETTY A. ROSA, Interim
Commissioner of the New York State Education
Department, in her official capacity; EMPIRE STATE
DEVELOPMENT CORPORATION ("ESD"), a New York
State Public Benefit Corporation; BILL DE BLASIO,
Mayor of the City of New York, in his official capacity;
DR. DAVE A. CHOKSHI, New York City Commissioner
of Health, in his official capacity; TERENCE A.
MONAHAN, Chief of the New York City Police
Department, in his official capacity; RICHARD
CARRANZA, Chancellor of the New York City
Department of Education in his official capacity.

*Defendants*.

---

**NOTICE OF MOTION**

20-CV-0651

GLS/DJS

 

     PLEASE TAKE NOTICE that upon the First Amended Complaint; the accompanying

memorandum of law; and upon all prior proceedings, Defendants Governor Andrew M. Cuomo,

in his official capacity; Attorney General Letitia James, in her official capacity; New York State

Police Superintendent Keith M. Corlett, in his official capacity; New York State Commissioner of

the Department of Health Howard A. Zucker, M.D., J.D., in his official capacity; New York State

Education Department Interim Commissioner Betty A. Rosa, in her official capacity; and Empire

State Development Corporation (collectively, "State Defendants"), on January 7, 2021 at 9:00

a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District

Court, Northern District of New York, Albany, New York, pursuant to Rules 12(b)(1) and 12(b)(6)

of the Federal Rules of Civil Procedure, and N.D.N.Y. Local Rule 7.1(a)(4), for an order

dismissing the First Amended Complaint in its entirety with prejudice, together with such other or

further relief as may be just.

Dated: Albany, New York
　　　　November 24, 2020

　　　　　　　　　　　　　　　　　　LETITIA JAMES
　　　　　　　　　　　　　　　　　　Attorney General of the State of New York
　　　　　　　　　　　　　　　　　　Attorney for State Defendants
　　　　　　　　　　　　　　　　　　The Capitol
　　　　　　　　　　　　　　　　　　Albany, New York  12224

　　　　　　　　　　　　　　　　　　By: *s/ Adrienne J. Kerwin*
　　　　　　　　　　　　　　　　　　Adrienne J. Kerwin
　　　　　　　　　　　　　　　　　　Assistant Attorney General, of Counsel
　　　　　　　　　　　　　　　　　　Bar Roll No. 105154
　　　　　　　　　　　　　　　　　　Telephone: (518) 776-2608
　　　　　　　　　　　　　　　　　　Fax: (518) 915-7738 (Not for service of papers)
　　　　　　　　　　　　　　　　　　Email: Adrienne.Kerwin@ag.ny.gov

To:　　Christopher A. Ferrara
　　　　Kenneth J. McGuire, Jr.
　　　　Michael McHale
　　　　Phillip A. Oswald
　　　　Ronald D Coleman
　　　　Melanie V. Sadok
　　　　Ellen Parodi
　　　　Hillary M. Meltzer