# CHRISTOPHER A. FERRARA

SPECIAL COUNSEL – THOMAS MORE SOCIETY
148-29 CROSS ISLAND PARKWAY
WHITESTONE, NEW YORK 11357
(718) 357-1040
Fax (718) 357-4926
cferrara@thomasmoresociety.org

*Admitted NY, NJ & SC*
Practice limited to non-profit and public interest law

<u>New Jersey Office</u>:
Thomas More Society
Eastern Regional Headquarters
402 Route 46 East
Suite 7
Fairfield, NJ 07004

February 12, 2021

**By Electronic Case Filing**
The Honorable Gary L. Sharpe
Senior United States District Judge
United States District Court for the
 Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York, 12207

    **Re: Soos, *et al.* v. Cuomo, James, DeBlasio, *et al.***
       **Civil Action No.: 1:20-cv-00651-GLS-DJS**
       **Joint status report**

Dear Judge Sharpe:

    Regarding the joint status report currently due on Monday February 15, 2021, this is to advise the Court that the parties are actively engaged in settlement negotiations, including a telephone conference today. Accordingly, it is respectfully requested that the deadline for submission of the status report be extended to February 22, 2021.

    All parties consent to this request.

                                      Respectfully yours,

                                      <u>s/ Christopher A. Ferrara (Bar No. 51198)</u>
                                      CHRISTOPHER A. FERRARA, ESQ.
                                      Special Counsel

CAF:jao
xc: Melanie V. Sadok, Esq. (via ECF)
    Adrienne J. Kerwin, A.A.G. (via ECF)
    Michael G. McHale, Esq.