

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2608

April 7, 2020

VIA ECF

Hon. Gary L. Sharpe
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:  *Soos, Steven et. al v. Cuomo, Andrew et. al*
     20-CV-0651 (GLS)(DJS)

Dear Judge Sharpe:

On behalf of all parties, I submit this status report in the above-referenced action. ECF No. 128. The parties appear to be close to finalizing a settlement of this matter. Accordingly, the parties respectfully request that they be permitted to submit settlement documents for the court's approval by **April 21, 2021**.

Thank you for your consideration of this matter.

Very truly yours,

s/ *Adrienne J. Kerwin*

Adrienne J. Kerwin
Assistant Attorney General
Bar Roll No. 105154

cc (via ECF):   Christopher A. Ferrara
                Michael McHale
                Melanie V. Sadok
                Ellen Parodi