# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand twenty-one,

_____

| | |
|---|---|
| Reverend Steven Soos, Reverend Nicholas Stamos, Daniel Schonbrun, Elchanan Perr, Mayer Mayerfeld, | **ORDER**<br>Docket Nos. 20-2414, 20-2418 |
|       Plaintiffs - Appellees, | |
| Kenneth McGuire, Law Offices of Kenneth McGuire, | |
|       Third-Party-Plaintiff, | |
| v. | |
| Andrew M. Cuomo, Governor of the State of New York, in his official capacity, Letitia James, Attorney General of the State of New York in her official capacity, Bill de Blasio, Mayor of the City of New York, in his official capacity, | |
|       Defendants - Appellants, | |
| Jenna M. DiMartile, Justin G. Crawford, Bradley M. Markowski, August N. Santore, Jr., Matt Shaw, James R. Young, Kevin J. Fritschler, | |
|       Intervenor Plaintiffs. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

CERTIFIED COPY ISSUED ON 05/03/2021

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit