

May 5, 2021

Via ECF

Hon. Gary L. Sharpe
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

      Re:    Steven Soos et al v. Andrew Cuomo et al.
              Civil Action 20-cv-0651-GLS-DJS

Dear Judge Sharpe,

      On behalf of all parties, I submit this status report in the above-referenced action. ECF No. 133. In the past week, Plaintiffs' position has materially changed in light of recent decisions by the U.S. Supreme Court, and Defendants' counsel are conferring about this updated position with their clients. In light of these developments, the parties respectfully request additional time to continue settlement negotiations until **May 19, 2021**, at which time they would submit settlement papers or provide an additional status report.

      Thank you for your consideration of this matter.

                                    Sincerely,

                                    <u>/s/ Christopher Ferrara</u>
                                    Christopher A. Ferrara
                                    Thomas More Society – Special Counsel

cc (via ECF):  Adrienne Kerwin
                        Melanie Sadok
                        Ellen Parodi
                        Michael McHale