# CHRISTOPHER A. FERRARA

SPECIAL COUNSEL – THOMAS MORE SOCIETY
148-29 CROSS ISLAND PARKWAY
WHITESTONE, NEW YORK 11357
(718) 357-1040
Fax (718) 357-4926
cferrara@thomasmoresociety.org

*Admitted NY, NJ & SC*
Practice limited to non-profit and public interest law

New Jersey Office:
Thomas More Society
Eastern Regional Headquarters
402 Route 46 East
Suite 7
Fairfield, NJ 07004

June 23, 2021

**By Electronic Case Filing**
Honorable Daniel J. Stewart
United States Magistrate Judge
United States District Court for the
 Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York, 12207

Re: *Soos, et al. v. Cuomo, et al* : **1:20-cv-00651-GLS-DJS**
    **Request for Pre-Motion Conference or Motion Date**

Dear Judge Stewart:

Plaintiffs seek to file a non-dispositive motion for leave to file and serve a Second Amended Complaint dropping parties and seeking permanent injunctive and declaratory relief, and also leave to apply for an interim award of attorney fees based on the preliminary injunction granted to plaintiffs on June 26, 2020, as to which appeals by the City and State defendants have been dismissed. The case has been settled as to the City defendants. *See* ECF No. 139. I have conferred with my remaining adversary, counsel for Governor Cuomo, but we have not been able to resolve or narrow the issues raised on this motion. Accordingly, pursuant to Local Rule 7.1(a)(2), I respectfully request a court conference or simply the assignment of a motion date.

                                           Respectfully submitted,

                                           s/ Christopher A. Ferrara

                                           Special Counsel -Thomas More Society
                                           Counsel for Plaintiffs

c: Adrienne Kerwin, Esq.